**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**TED MENDEZ**, and other similarly situated individuals,

    Plaintiff(s),

v.

Case No.: 22-62112-CIV-DIMITROULEAS

**WASH PLUS, LLC**, and **MICHAEL D. KELCH**, individually,

    Defendants.
_____/

### DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants, Wash Plus, LLC and Michael D. Kelch (collectively, "Defendants"), by counsel, hereby discloses the following pursuant to this Court's Order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% of more of a party's stock, and all other identifiable legal entities related to a party:

    a. Ted Mendez – Plaintiff

    b. Zandro E. Palma, Esq.– Counsel for Plaintiff

    c. Zandro E. Palma, P.A.– Counsel for Plaintiff

    d. Wash Plus, LLC – Defendant

    e. Michael D. Kelch – Defendant

    f. Alyssa Castelli, Esq. – Counsel for Defendant

    g. Jamie White, Esq. – Counsel for Defendant

    h. Spire Law, LLC – Counsel for Defendant

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of these proceedings: **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors) in bankruptcy cases: **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful in these proceedings, including every person who may be entitled to restitution: **Plaintiff, Ted Mendez.**

5. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated this 3rd day of February, 2023

    Respectfully submitted,

    SPIRE LAW, PLLC
    2572 W. State Rd. 426, Suite 2088
    Oviedo, FL 32765

    */s/Alyssa Castelli*
    Alyssa Castelli, Esq.
    Florida Bar No. 1032306
    Jamie White, Esq.
    Florida Bar No. 100018
    alyssa@spirelawfirm.com
    jamie@spirelawfirm.com
    marcela@spirelawfirm.com
    filings@spirelawfirm.com

    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2023., the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Zandro E. Palma, Esq. Zandro E. Palma, P.A.; 9100 S. Dadeland Blvd. Suite 1500 Miami, FL 33156.

    */s/ Alyssa Castelli*
    Attorney