UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-cv-62112-WPD

TED MENDEZ
and other similarly situated individuals,

    Plaintiff (s),

v.

WASH PLUS, LLC,
and MICHAEL D. KELCH, individually,

    Defendants,

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Marlene Quintana Esq. as mediator, and the mediation will take place on **May 11, 2023 at 10:00 a.m via video conference**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 27th day of February, 2023.

*(signature)*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of record