UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-cv-62112-WPD

TED MENDEZ
and other similarly situated individuals,

    Plaintiff (s),

v.

WASH PLUS, LLC,
and MICHAEL D. KELCH, individually,

    Defendants,

_____/

## ORDER TO SHOW CAUSE

On February 10, 2022, this Court entered its Scheduling Order, which required the parties to submit appropriate dismissal papers within ten (10) calendar days of notifying the Court that the case has settled. *See* [DE 9]. On May 12, 2023, a Mediator's Report was filed, informing the Court that this action has settled. *See* [DE 17]. However, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **May 31, 2023**, the parties shall either file the appropriate dismissal documents or show cause why they have not been filed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of May, 2023.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record